**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 15-24735-CIV-SEITZ/TURNOFF

SEEMA MEHTA, Individually and as
Mother and Natural Guardian of R.M.,
a minor,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

Defendant.

**ORDER OF FINAL DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal [DE 13]. Pursuant to the Stipulation, it is

ORDERED THAT

(1) This action is **DISMISSED WITH PREJUDICE**.

(2) All pending motions are **DENIED AS MOOT**.

(3) The case is **CLOSED**.

DONE AND ORDERED in Miami, Florida, this 29 day of March, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record